# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01771-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JULIE CULWELL, as personal representative of the Estate of Larry Brandt,

    Plaintiff,

v.

WALGREENS COMPANY, d/b/a WALGREENS #9561,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Julie Culwell, currently resides in Woodland Park, Colorado.  Ms. Culwell has submitted a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order.  Ms. Culwell will be directed to cure the following if she wishes to pursue her claims.  Any papers that Ms. Galvez files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    ___    is not submitted
(2)    ___    is not on proper form (must use the Court's current form)
(3)    ___    is missing original signature by Plaintiff
(4)    ___    is missing affidavit
(5)    ___    affidavit is incomplete
(6)    ___    affidavit is not notarized or is not properly notarized
(7)    ___    names in caption do not match names in caption of complaint, petition or application
(8)    _X_    other: Plaintiff has failed to complete all questions in the application, specifically the information regarding employment history.

**Complaint or Petition**:
(9) ___ is not submitted
(10) ___ is not on proper form (must use the Court's current form)
(11) ___ is missing an original signature by Plaintiff
(12) ___ is incomplete
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ names in caption do not match names in text
(15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___ other:

Accordingly, it is

ORDERED that Ms. Culwell cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Ms. Culwell files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Ms. Culwell shall obtain the Court-approved form used in filing an Application to Proceed in District Court Without Prepaying Fees or Costs, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Ms. Culwell fails to cure the designated deficiencies **within thirty days from the date of this Order** the action may be dismissed without further notice.

DATED June 25, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge