IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01771-BNB

JULIE CULWELL, as personal representative of the estate of Larry Brandt,

    Plaintiff,

v.

WALGREEN COMPANY, d/b/a WALGREENS #9561,

    Defendant.

ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

    DATED July 3, 2014, at Denver, Colorado.

                                         BY THE COURT:

                                         *s/Craig B. Shaffer*
                                         United States Magistrate Judge