IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01771-RM-CBS | Date: November 24, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* 

JULIE CULWELL,

Plaintiff,

v.

WALGREENS COMPANY,

Defendant.

*Counsel:*

*Pro se*




No Counsel Present

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 10:08 a.m.**
Court calls case. Appearances of counsel.

Walgreens has been properly served and has not filed a response. There is no counsel present on behalf of Walgreens. Plaintiff filed MOTION [17] for Default Judgment. Plaintiff should have filed a motion seeking entry of default under Rule 55(a). Once the Clerk of the Court enters default, the Plaintiff may move for default judgment. Discussion regarding Plaintiff's *pro se* status.

**ORDERED:** The letter filed as MOTION [17] for Default Judgment is **DENIED without prejudice** for the Plaintiff to re-file appropriately.

Hearing Concluded.

**Court in recess: 10:19 a.m.**
Time in court: 00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.