IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01771-BNB

JULIE CULWELL, as personal representative of the Estate of Larry Brandt,

Plaintiff,

v.

WALGREENS COMPANY, d/b/a WALGREENS #9561,
Defendant.

---

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff Julie Culwell, through her counsel, Lorraine Parker of the law firm of Parker Lipman LLP, and Defendant Walgreens Company, through its counsel, Jane Mitchell of the law firm of Hall & Evans LLC, stipulate to the dismissal of the above-captioned action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each side to bear their own costs and fees.

Respectfully submitted this 22nd day of June, 2015.

s/ Lorraine E. Parker
Lorraine E. Parker
Parker Lipman, LLP
2300 15th Street, Suite 200
Denver, CO 80202
Telephone: 720-638-9424
FAX: 303-964-1900
E-mail: lorraine@parkerlipman.com
**Attorneys for Plaintiff Julie Culwell**

s/ S. Jane Mitchell
S. Jane Mitchell
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
Telephone: 303-628-3300
FAX: 303-628-3368
E-mail: mitchellj@hallevans.com
**Attorneys for Defendant Walgreen Company**

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 22, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

mitchellj@hallevans.com


s/ Lorraine E. Parker
Lorraine E. Parker
Parker Lipman, LLP
2300 15th Street, Suite 200
Denver, CO 80202
Telephone: 720-638-9424
Facsimile: 303-964-1900
E-mail: lorraine@parkerlipman.com
Attorney for Plaintiff Julie Culwell